# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jeromy Bryan Yirmeyah,<br><br>     Plaintiff(s),<br><br>v.<br><br>_____,<br><br>     Defendant(s). | Case No. 2:26-cv-00677-JCM-NJK<br><br>**Order** |

On March 11, 2026, the Clerk's Office opened this case. The filing fee was not paid and an application to proceed *in forma pauperis* was not filed. *But see* 28 U.S.C. §§ 1914, 1915. In addition, no complaint or other pleading was filed, *but see* Fed. R. Civ. P. 8, and the case consists instead of a document with religious assertions, Docket No. 1-1. As this case was opened in error, the Clerk's Office is **INSTRUCTED** to administratively close this case.

IT IS SO ORDERED.

Dated: March 11, 2026

_____
Nancy J. Koppe
United States Magistrate Judge